UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x   CIV-05-4822 (DGT)(RML)
U2 HOME ENTERTAINMENT, INC.,

        Plaintiff,

vs.                                    :      ★ NOV 17 2005 ★

JOHN DOES I THROUGH V,
doing business as "MYSOHOO GROUP INC."         BROOKLYN OFFICE

        Defendants.
- - - - - - - - - - - - - - - - - - -x

## ORDER UNSEALING COURT FILE

WHEREAS, Order of this Court dated October 17, 2005, the file of this case was to be sealed pending the execution of the Order of Seizure; and

WHEREAS, the Court has been advised by plaintiff's counsel that on October 31, 2005 the United States Marshal was unable to execute the Order of Seizure because defendants' store has ceased operations, it is hereby

ORDERED that the file of this case is unsealed.

Dated: Brooklyn, New York
      November 7, 2005

                                      s/David G. Trager
                                      United States District Judge