UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x  CIV-05-4822(DGT)(RML)
U2 HOME ENTERTAINMENT, INC.,

        Plaintiff,

    vs.

JOHN DOES I THROUGH V,
doing business as "MYSOHOO GROUP INC."

        Defendants.
- - - - - - - - - - - - - - - - - - - - - -x

★ NOV 17 2005 ★

BROOKLYN OFFICE

## NOTICE AND ORDER OF DISMISSAL

WHEREAS, this action was filed on October 13, 2005; and

WHEREAS, pursuant to the Order of Seizure issued by this Court dated October 17, 2005, plaintiffs have posted a bond; and

WHEREAS, the United States Marshal was unable to execute the Order of Seizure since defendants' video store has ceased operating; and were unable to determine defendants' current whereabouts; and

WHEREAS, defendants have not appeared in this action, nor have they filed an answer or motion for summary judgment:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses this action without prejudice; and it is

c/m

ORDERED, that the bond posted by plaintiff pursuant to the Order of Seizure be vacated.

Dated: New York, New York
*November 7* 2005

So Ordered: s/David G. Trager
United States District Judge


SARGOY, STEIN, ROSEN & SHAPIRO

By: _____ 11/4/2005
Harvey Shapiro (HS 2034)
Counsel for Plaintiff
U2 Home Entertainment, Inc.
1790 Broadway, 19th Floor
New York, New York 10019
(212) 621-8224